```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :
                                         SEALED ORDER
        - v. -                  :
                                         17 Cr. 732 (PGG)
PETER LOVAGLIO,                 :

        Defendant.              :
- - - - - - - - - - - - - - - - x
```

WHEREAS, with the defendant's consent, his guilty plea allocution was made before Chief United States Magistrate Judge Debra Freeman on November 30, 2017;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         February 6, 2018

_____
THE HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE